# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| JAPAN DISPLAY INC., | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:20-CV-00285-JRG |
| TIANMA MICROELECTRONICS CO. LTD., | § § § § | |
| *Defendant*. | § § § | |

## ORDER

Before the Court is the Unopposed Motion to Withdraw Previously Filed Return of Service Form and Substitute Attached Waiver of Service Form (the "Motion").  (Dkt. No. 10.)  Having considered the Motion and noting that it is unopposed, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.  It is therefore **ORDERED** that, pursuant to Defendant Tianma Microelectroonics Co. Ltd.'s ("Tianma") Waiver of the Service of Summons (the "Waiver") (Dkt. No. 10-1), the deadline for Tianma to move, answer, or otherwise respond to Plaintiff Japan Display Inc.'s Complaint in the above-captioned case is extended for ninety days from the date of the Waiver, up to and including **December 21, 2020**.

The Clerk of the Court is directed to **STRIKE** the Summons in a Civil Action (Dkt. No. 9).

**So ORDERED and SIGNED this 23rd day of September, 2020.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE