# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **JAPAN DISPLAY INC. and PANASONIC LIQUID CRYSTAL DISPLAY CO., LTD.,** | § § § § § § § § § § § | **C.A. NO. 2:20-cv-00283-JRG** |
| Plaintiffs, | | |
| v. | | |
| **TIANMA MICROELECTRONICS CO. LTD.,** | | **JURY TRIAL DEMANDED** |
| Defendant. | | |
| **JAPAN DISPLAY INC.,** | § § § § § § § § § § § | **C.A. NO. 2:20-cv-00284-JRG** |
| Plaintiff, | | |
| v. | | |
| **TIANMA MICROELECTRONICS CO. LTD.,** | | **JURY TRIAL DEMANDED** |
| Defendant. | | |
| **JAPAN DISPLAY INC.,** | § § § § § § § § § § § | **C.A. NO. 2:20-cv-00285-JRG** |
| Plaintiff, | | |
| v. | | |
| **TIANMA MICROELECTRONICS CO. LTD.,** | | **JURY TRIAL DEMANDED** |
| Defendant. | | |

## JOINT (AGREED) MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Japan Display Inc. ("JDI" or "Plaintiff") and/or Plaintiff Panasonic Liquid Crystal Display Co. Ltd. ("PLD") (collectively "Plaintiffs") and Defendant Tianma Microelectronics Co. Ltd. ("Tianma") file this Joint (Agreed) Motion for Entry of Protective Order. Having agreed upon

US 7715323

the terms included therein, the parties respectfully request the Court grant this Motion and enter the Proposed Order, attached as Exhibit A.

Dated:  February 10, 2021                                        Respectfully submitted,

| | |
|---|---|
| */s/ Eric J. Klein*<br>Eric J. Klein<br>*Lead Attorney*<br>Texas State Bar No. 24041258<br>Jeffrey R. Swigart<br>Texas Bar No. 24102553<br>**VINSON & ELKINS L.L.P.**<br>2001 Ross Avenue, Suite 3900<br>Dallas, TX  75201<br>Telephone:  (210) 220-7700<br>Facsimile:  (210) 220-7716<br>Email:  eklein@velaw.com<br>Email:  jswigart@velaw.com<br><br>Hilary L. Preston<br>Texas State Bar No. 24062946<br>Erik Shallman<br>Texas State Bar No. 24113474<br>Matthew J. Melancon<br>Texas State Bar No. 24109544<br>**VINSON & ELKINS L.L.P.**<br>2801 Via Fortuna, Suite 200<br>Austin, TX  78746<br>Telephone:  (512) 542-8400<br>Facsimile:  (512) 542-8612<br>Email:  hpreston@velaw.com<br>Email:  eshallman@velaw.com<br>Email:  mmelancon@velaw.com<br><br>Abigail Lubow<br>California State Bar No. 314396<br>**VINSON & ELKINS L.L.P.**<br>555 Mission Street, Suite 2000<br>San Francisco, CA  94105<br>Telephone:  (415) 979-6963<br>Facsimile:  (415) 358-5770<br>Email:  alubow@velaw.com | */s/Aidan C. Skoyles (with permission)*<br>James R. Barney *(pro hac vice)*<br>james.barney@finnegan.com<br>Qingyu Yin *(pro hac vice)*<br>qingyu.yin@finnegan.com<br>Aidan C. Skoyles *(pro hac vice)*<br>aidan.skoyles@finnegan.com<br>FINNEGAN LLP<br>901 New York Avenue N.W.<br>Washington, DC  20001<br>Telephone:  (202) 408-4000<br>Facsimile:  (202) 408-4400<br><br>Eric H. Findlay<br>State Bar No. 00789886<br>Brian Craft<br>State Bar No. 04972020<br>FINDLAY CRAFT, P.C.<br>102 N. College Ave., Ste. 900<br>Tyler, TX  75702<br>Telephone:  (903) 534-1100<br>Facsimile:  (903) 534-1137<br>efindlay@findlaycraft.com<br>bcraft@findlaycraft.com<br><br>**ATTORNEYS FOR DEFENDANT TIANMA MICROELECTRONICS CO. LTD.** |

US 7715323

| | |
|---|---|
| **COUNSEL FOR PLAINTIFFS JAPAN DISPLAY INC. and PANASONIC LIQUID CRYSTAL DISPLAY CO., LTD.** | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2021, a true and correct copy of the foregoing document was electronically filed in compliance with Local Rule CV-5(a) and was served on all counsel who are deemed to have consented to electronic service, per Local Rule CV-5(a)(3).

/s/ Erik Shallman
Erik Shallman

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and that this motion is unopposed.  The personal conference required by the Rule was conducted by e-mail and telephone on February 8, 9, and 10, 2021, between counsel for Plaintiffs (Erik Shallman) and counsel for Defendant (Aidan Skoyles).

/s/ Erik Shallman
Erik Shallman

US 7715323